FILED
JUN 0 4 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 92CR0655-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |
| ARANDO HERNANDEZ-BUENO(1), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ARANDO HERNANDEZ-BUENO, is dismissed without prejudice; and, IT IS FURTHER ORDERED that the arrest warrant for ARANDO HERNANDEZ-BUENO, be recalled.

DATED: 6/4/13

HONORABLE THOMAS J. WHELAN
United States District Court Judge